■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH IPPOLITO, Appellant. [979 NYS2d 406]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Lorenzo, J.), rendered October 1, 2012, convicting him of criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By pleading guilty, the defendant forfeited his claims relating to pretrial discovery (*see People v Hansen*, 95 NY2d 227, 230 [2000]). The defendant's remaining contention is without merit. Dillon, J.P., Balkin, Leventhal and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY D. JIMBOY, Appellant. [979 NYS2d 823]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Iliou, J.), imposed November 8, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Cohen and Hinds-Radix, JJ., concur.